NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHIBUMI SHADE, INC.,**

*Plaintiff-Appellee*

v.

**BEACH SHADE LLC, MATTHEW FINNERAN,**

*Defendants-Appellants*

---

2023-1051

---

Appeal from the United States District Court for the Eastern District of North Carolina in No. 5:21-cv-00256-FL, Judge Louise Wood Flanagan.

---

**ON MOTION**

---

## O R D E R

The parties submit a "Stipulation of Voluntary Dismissal of Appeal," which the court treats as a joint motion to dismiss these appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

2                          SHIBUMI SHADE, INC. V. BEACH SHADE LLC


(2) Each side shall bear its own costs.



                                    FOR THE COURT

December 14, 2022
      Date                          /s/ Peter R. Marksteiner
                                    Peter R. Marksteiner
                                    Clerk of Court


**ISSUED AS A MANDATE:** December 14, 2022